**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BK. No. 18-18285 AMC |
| HARRY M. SCRIGNOLI, JR | : | |
| Debtor | : | Chapter No. 13 |

LOANCARE, LLC

            **Movant**

        v.

HARRY M. SCRIGNOLI, JR

           **Respondent**

**NOTICE OF COVID-19 MORTGAGE FORBEARANCE AGREEMENT PURSUANT TO LOCAL ORDER 20-3007**

The undersigned, Phelan Hallinan Diamond & Jones, LLP, are creditor's counsel in this matter.

1. Debtor currently has a mortgage with **LOANCARE, LLC**. The property address is 309 CRESCENT HILL DRIVE, HAVERTOWN, PA 19083, Loan # ending in 3597. A Proof of Claim has been filed on the claim register at # 7. A written/unwritten Notice of Payment Change/Forbearance is being filed on the claims docket pursuant to bankruptcy Rule 3002.1 (b) and Local Rule 20-3007.

2. The terms of the forbearance are as follows: Regular monthly mortgage payments starting with the May 14, 2020 through October 1, 2020 are suspended. Payment of the escrow component of the regular monthly mortgage payments shall also be suspended.

3. The Creditor advises that no fees will be assessed against the loan with regard to this Notice of Forbearance.

4. Prior to the expiration of the forbearance period, Debtor must either (1) request additional forbearance time under Local Rule, State or Federal Law; (2) enter into

    loss mitigation with Creditor; or (3) file an Amended Chapter 13 Plan which cures the arrears resulting from the forbearance period over the remainder of the Chapter 13 Plan.

5. Creditor, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. The payment post-petition amount due at the time of this forbearance is $1,830.74.

6. Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

/s/ Jerome B. Blank, Esquire
Jerome B. Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com

September 22, 2020

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            BK. No. 18-18285 AMC
**HARRY M. SCRIGNOLI, JR**
                      Debtor                                 Chapter No. 13

**LOANCARE, LLC**
                      Movant
              v.
**HARRY M. SCRIGNOLI, JR**
                      Respondent

### CERTIFICATE OF SERVICE

      I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Forbearance by electronic means on September 28, 2020.

| | |
|---|---|
| SCOTT F. WATERMAN (Chapter 13) | Harry M. Scrignoli, Jr. |
| Chapter 13 Trustee | 309 Crescent Hill Drive |
| 2901 St. Lawrence Ave. | Havertown, PA 19083 |
| Suite 100 | |
| Reading, PA 19606 | |

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                                                                  /s/ Jerome B. Blank, Esquire
                                                                  Jerome B. Blank, Esq., Id. No.49736
September 28, 2020                                          Phelan Hallinan Diamond & Jones, LLP

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com